# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0052

VERSUS

LEONARD LEWIS

**MARCH 14, 2025**

---

In Re: Leonard Lewis, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 22-CR5-149507.

---

BEFORE: **THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED.** The trial court is ordered to act, if it has not already done so, on relator's application for postconviction relief, filed October 25, 2024, on or before April 14, 2025. A copy of the trial court's action shall be filed in this court on or before April 22, 2025.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT